McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>EDILBERTO VIDRIO, AND<br>ELENA CASTILLO,<br><br>                          Defendants. | CASE NO. 1:19-MJ-00082-SAB<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING<br><br>DATE: April 23, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

The Court has read and considered the Stipulation to Continue Preliminary Hearing, filed by the parties in this matter on April 17, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for a continuance of the preliminary hearing date within the time period set forth in Rule 5.1(c) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that continuance would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to April 26, 2019, at 2:00 p.m.

2. The time between April 23, 2019, and April 26, 2019, shall be excluded from calculation

pursuant to 18 U.S.C. § 3161 because the ends of justice served by such exclusion outweigh the best interest of the public and the defendant in a speedy trial.

      3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: **April 18, 2019**       /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE