HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
CHARLES J. LEE, CA Bar 221057
Assistant Federal Defender
2300 Tulare St, Ste. 330
Fresno, CA  93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ELENA CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. ELENA CASTILLO, *Defendant.* | No. 1:19-cr-00090-NONE-SKO  MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER THEREON |

    Charles J. Lee, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant ELENA CASTILLO.  As grounds, he states:

1. The Federal Defender's Office was appointed to represent Elena Castillo on April 15, 2019, at her initial appearance.  Dkt. #7.

2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's Office in Fresno.

3. On December 23, 2021, the undersigned was appointed to the Fresno Superior Court and anticipates making the transition in January 2022.

4. As Ms. Castillo is still in need to counsel to represent her, our office has contacted CJA panel attorney Marc Days, who is available and willing to accept the appointment.

5. Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, Marc Days, be appointed.

Respectfully submitted,

DATED: December 27, 2021    */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for ELENA CASTILLO

**O R D E R**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of ELENA CASTILLO, and that CJA panel counsel Marc Days shall be appointed.

IT IS SO ORDERED.

Dated:   **December 27, 2021**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Castillo: Motion to Withdraw