PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDILBERTO VIDRIO, ET AL., <br><br> Defendants. | CASE NO. 1:19-CR-00090-JLT-SKO <br><br> STIPULATION TO VACATE JURY TRIAL DATE AND SET CHANGE OF PLEA HEARING DATE; ORDER <br><br> DATE: July 18, 2023 <br> TIME: 8:30 a.m. <br> COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on July 18, 2023.

2. By this stipulation, defendants and government now move to vacate the jury trial date and set the matter for a change of plea hearing on June 26, 2023. Time has previously been excluded to and through July 17, 2023 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

   b) Both defendants have signed plea agreements.

STIPULATION TO VACATE JURY TRIAL DATE AND SET
CHANGE OF PLEA HEARNG DATE.

1

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: June 5, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
|---|---|
| Dated: June 5, 2023 | /s/ CHRISTOPHER CAINE<br>CHRISTOPHER CAINE<br>Counsel for Defendant<br>EDILBERTO VIDRIO. |
| Dated: June 5, 2023 | /s/ MARC DAYS<br>MARC DAYS<br>Counsel for Defendant<br>ELENA CASTILLO |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED:   June 6, 2023

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

STIPULATION TO VACATE JURY TRIAL DATE AND SET CHANGE OF PLEA HEARNG DATE.

2