PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00090-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING DATE; ORDER |
| v. | |
| EDILBERTO VIDRIO, ET AL., | DATE: October 23, 2023 |
| Defendants. | TIME: 10:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentncing on October 23, 2023.

2. By this stipulation, defendants and government now move to continue the sentencing date to November 27, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Additional time is needed for the preparation and review of the presentence report as to defendant Vidrio.

   b) Defendant Castillo wishes for her sentencing date to be continued as well to coincide with her co-defendant.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: August 22, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated: August 22, 2023 | /s/ CHRISTOPHER CAINE<br>CHRISTOPHER CAINE<br>Counsel for Defendant<br>EDILBERTO VIDRIO. |
| Dated: August 22, 2023 | /s/ MARC DAYS<br>MARC DAYS<br>Counsel for Defendant<br>ELENA CASTILLO |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **August 23, 2023**

UNITED STATES DISTRICT JUDGE